May 24, 2025 02:28 PM



Melanie Kelsch
24 Echo Ln
Levittown, PA 19054
C: (267) 567-2513
H: (267) 567-2511
W: (267) 567-2513
melkelsch@yahoo.com

# Stock # N403481

## 2020 Hyundai Venue
## 101360 Miles  VIN:KMHRC8A37LU017831

### Purchase (Monthly)

|  | 48 Mo |
|---|---|
| $4,549 | **$291 - $301** |

| | |
|---|---|
| MSRP/Retail | $14,895.00 |
| Dealer Discount | $1,920.00 |
| Selling Price | $12,975.00 |
| Total Taxes | $796.44 |
| Tag/Registration/Title | $212.65 |
| Doc Fee | $477.00 |
| Silent Security | $299.00 |
| Amount Financed - Cash | $14,760.09 |

**John Kile**
General Manager



Newtown

Direct: 215-968-3806 ext 5201
jkile@fredbeans.com
10 N Sycamore Street, Newtown, PA 18940

_[signature]_   5/24/25        _[signature]_   5/24/25
**Customer Signature**   Date    **Manager Signature**   Date

SSN:_____DOB:_____  SSN:_____DOB:_____
With approved credit - I, Customer , Give the dealership authorization to run a credit check. Lease advantage plan
1). Guaranteed Future Value, 2.) GAP Protection, 3.) End of Term Options