**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Philip A Kelsch | : | Chapter 13 |
| Melanie Kelsch | : | Case No.: 25-10822-AMC |
| | : | |
| Debtors(s) | : | |

## O R D E R

**AND NOW,** this _____ day of _____, 2025, upon consideration of the Motion to Incur Additional Debt filed by Debtors, it is hereby

**ORDERED** that the Debtors may incur additional debt so as to obtain financing to purchase a new vehicle.

Date: _____

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE