**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Philip A. Kelsch,<br>Melanie Kelsch,<br>                      *Debtors*. | Case No. 25-10822-AMC<br>Chapter 13 |

**Order Approving Purchase and Financing of Vehicle**

**AND NOW**, after consideration of the Motion to Approve New Debt filed by Debtors Philip A. Kelsch and Melanie Kelsch, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors are allowed to incur post-petition debt to purchase a 2020 Hyundai Venue or similar vehicle in the approximate amount of $14,760.09, which will be paid directly by the Debtor to Hyundai Motor Finance or a similar finance company in monthly installments of about $301.00, with interest at the rate of about 16.00% for a term of about 48 months.

Date: June 12, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge